**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2128**

JOSE ANTONIO GARCIA, a/k/a Oscar Penas,

      Petitioner,

      v.

JEFFERSON B. SESSIONS III, Attorney General,

      Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  April 19, 2018                         Decided:  May 4, 2018

Before TRAXLER, KEENAN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Sean R. Hanover, HANOVER LAW, PC, Fairfax, Virginia, for Petitioner.  Chad A. Readler, Acting Assistant Attorney General, Stephen J. Flynn, Assistant Director, Robert Michael Stalzer, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Antonio Garcia, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's denial of his requests for withholding of removal and protection under the Convention Against Torture. We have thoroughly reviewed the record and conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision, *INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Garcia* (B.I.A. Aug. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*